JOHN NICCOLLAI v.
PLANNING BD. OF THE TWP. OF WAYNE.

June 23, 1977. Petition for certification denied. (See 148 *N. J. Super.* 150)

GRACE G. BRUTHER v.
BEACON FINANCE CO., OF NEPTUNE.

June 23, 1977. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF MURRAY LIPMAN FOR PERMIT TO CARRY A PISTOL.

June 23, 1977. Petition for certification denied.

ELIZABETH BURG v. STATE OF NEW JERSEY.

June 23, 1977. Petition for certification denied. (See 147 *N. J. Super.* 316)

HERBERT A. COCHRANE v.
N. J. STATE CIVIL SERVICE COMMISSION.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JEREL POOLE.

June 23, 1977. Petition for certification denied.